IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMETEK, INC.  and<br>PENN COLOR, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 2:10-cv-05291<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Peter J. Putignano as attorney of record for the United

States in the above-referenced action.  Service of all papers by U.S. Mail should be addressed as

follows:

PETER J. PUTIGNANO
Trial Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0354 (phone)
(202) 616-6583 (fax)

Overnight and hand deliveries should be addressed to:

PETER J. PUTIGNANO
Trial Attorney
Environmental Enforcement Section
United States Department of Justice
Room 2121, ENRD
601 D St., N.W.
Washington, D.C. 20004

Dated this 8th day of October 2010.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environmental and Natural Resource Division


/s/ Peter J. Putignano
PETER J. PUTIGNANO
Trial Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0354
Peter.Putignano@usdoj.gov

ZANE D. MEMEGER
United States Attorney
Eastern District of Pennsylvania

MARGARET HUTCHINSON
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106


OF COUNSEL:

PATRICIA C. MILLER
Senior Assistant Regional Counsel
Office of Regional Counsel, 3RC42
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA 19103-2029

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of October 2010 that I served by email this Notice of Appearance, to the following:

Robert D. Fox, Esq.
Manko, Gold, Katcher & Fox, LLP
401 City Ave., Suite 500
Bala Cynwyd, PA 19004
rfox@mgkflaw.com

Madelaine R. Berg, Esq.
9040 N. Flying Butte
Fountain Hills, AZ 85268
mberg@toxicesq.com

*Attorneys for Defendants*

/s/ Peter J. Putignano

PETER J. PUTIGNANO